UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TALINA BROWN and CALVIN ANDREWS,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>SPOKANE NEIGHBORHOOD ACTION PARTNERS,<br><br>　　　　　Defendant. | NO.　CV-14-0151-LRS<br><br>**ORDER OF DISMISSAL** |

　　The *pro se* plaintiffs, now proceeding *in forma pauperis*, filed a complaint on May 23, 2014.  On July 7, 2014, the Court screened said complaint for legal and factual sufficiency and determined Plaintiffs' Complaint failed to comply with Federal Rules of Civil Procedure. Plaintiffs indicate jurisdiction is based on alleged violations of the Fair Housing Authority Act.  Further, Plaintiffs allege that this court has jurisdiction under "28 U.S.C. Washington State."  It is not clear if Defendant Spokane Neighborhood Action Partners is a Public Housing Unit or whether Riverwalk Apartments is the true unnamed Defendant in the unintelligible complaint filed by Plaintiffs.

　　The Court is mindful that the Plaintiffs are proceeding *pro se* and that their submissions should be held to less stringent standards than formal pleadings drafted by lawyers.  However, the Plaintiffs'

ORDER OF DISMISSAL - 1

claim(s) fail under Fed.R.Civ.Pro., Rule 8(a).  Federal jurisdiction has not been shown and Plaintiffs' alleged cause of action is neither apparent nor set forth with sufficient clarity to permit this matter to go forward.

**IT IS HEREBY ORDERED:** Plaintiffs' action is **DISMISSED** without prejudice.  Plaintiffs' Motion to Obtain ECF Login and Password, **ECF No. 3**, is **DENIED as MOOT**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward a copy to Plaintiffs, and **CLOSE THE FILE**.

**DATED** this ___8th___ day of July, 2014.


*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2